# EXHIBIT 1

| | Sony Music Artist | Sony Music Track | USC Social Media Page | URL | Copyright Registration Number |
|---|---|---|---|---|---|
| 1 | 21 Savage | Bank Account | usc_fb | https://www.tiktok.com/@usc_fb/video/7042415748379331886 | SR0000867009 |
| 2 | 21 Savage | Bank Account | uscwsoccer | http://www.instagram.com/p/CxinZXqLeT2 | SR0000867009 |
| 3 | 21 Savage | redrum | sctrojans_baseball | http://www.instagram.com/p/C3ZJOlwtqjl | SR0000995163 |
| 4 | 21 Savage | redrum | USCBeach | http://www.instagram.com/p/C4LqvghPZJb | SR0000995163 |
| 5 | 21 Savage | redrum | uscfb | http://www.instagram.com/p/C4yp0S0y3ZB | SR0000995163 |
| 6 | 21 Savage | redrum | uscswim | http://www.instagram.com/p/C41LpOYg7gO | SR0000995163 |
| 7 | 21 Savage | redrum | uscwbb | https://www.tiktok.com/@uscwbb/video/7350840717893274911 | SR0000995163 |
| 8 | 21 Savage | redrum | uscwomenstennis | http://www.instagram.com/p/C5MwcKWvFFH | SR0000995163 |
| 9 | 21 Savage & d4vd | Call Me Revenge (Call of Duty: Modern Warfare 3) | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7353359305694858542 | SR0000984869 |
| 10 | 21 Savage & Metro Boomin | Runnin | usc_track_field | http://www.instagram.com/p/C3JSY1CP0ac | SR0001015568 |
| 11 | 21 Savage & Metro Boomin | Runnin | USCBeach | http://www.instagram.com/p/C4qqXhMvYx | SR0001015568 |
| 12 | 21 Savage & Metro Boomin | Runnin | uscfb | http://www.instagram.com/p/C5ooWWyyIJl | SR0001015568 |
| 13 | 21 Savage, Travis Scott & Metro Boomin | née-nah | USCBeach | http://www.instagram.com/p/C6aJUQ4tZwg | SR0000995163 |
| 14 | 21 Savage, Travis Scott & Metro Boomin | née-nah | uscwsoccer | http://www.instagram.com/p/C30m54xPyx5 | SR0000995163 |
| 15 | A Tribe Called Quest | Check the Rhime | uscswim | http://www.instagram.com/p/Cy18SXkx3PJ | SR0000134715 |
| 16 | A$AP Ferg feat. A$AP Rocky, French Montana, Trinidad James & ScHoolboy Q | Work REMIX | uscswim | http://www.instagram.com/p/C0Ke20zyMqd | SR0000727760 |
| 17 | A$AP Ferg feat. Future | New Level | uscwomenstennis | http://www.instagram.com/p/CqReYavpOZ_ | SR0000782297 |
| 18 | A$AP Ferg feat. Future | New Level | uscwsoccer | http://www.instagram.com/p/CxOE7LGxWey | SR0000782297 |
| 19 | A$AP Rocky | Fashion Killa | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/photo/7444675453605924127 | SR0000724848 |
| 20 | A$AP Rocky feat. Rod Stewart x Miguel x Mark Ronson | Everyday | uscmlax | https://www.tiktok.com/@uscmlax/video/7349414215293111594 | SR0000768267 |
| 21 | Aaron Smith | Dancin (Krono Remix) [feat. Luvli] | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7189473929340210475 | SR0000753818 |
| 22 | AC/DC | Back In Black | usc_sportsperformance | http://www.instagram.com/p/Cr7CdjoPrYe | SR0000365233 |
| 23 | AC/DC | Back In Black | uschockey | https://www.tiktok.com/@uschockey/video/7051879287800007941 | SR0000365233 |
| 24 | AC/DC | Back In Black | uscmensvolley | http://www.instagram.com/p/CZP-VbKh75K | SR0000365233 |
| 25 | AC/DC | Whole Lotta Rosie | USC_Baseball | http://www.twitter.com/USC_Baseball/status/1773881854317527245/video/1 | N43477 |
| 26 | Alan Jackson | Good Time | sctrojans_baseball | http://www.instagram.com/p/C39Gu0COMG9 | SR0000620367 |
| 27 | Alok x Ella Eyre x Kenny Dope feat. Never Dull | Deep Down | uscswim | http://www.instagram.com/p/C39dkROr7yA | SR0000940196 |
| 28 | ALTÉGO x Britney Spears x Ginuwine | Toxic Pony | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7078763016380026158 | SR0000925555 |
| 29 | Axwell | Barricade | usc.athletics | https://www.tiktok.com/@usc.athletics/video/7161241309460630827 | SR0000780949 |
| 30 | Axwell | Barricade | uscwbb | https://www.tiktok.com/@uscwbb/video/7161242467445050670 | SR0000780949 |
| 31 | Baby Keem | first order of business | uscswim | http://www.instagram.com/p/C3ljw4jPQzQ | SR0000911141 |
| 32 | Baby Keem | trademark usa | usc.fb | http://www.instagram.com/p/ClLBMoDpBrW | SR0000911141 |

| | **Sony Music Artist** | **Sony Music Track** | **USC Social Media Page** | **URL** | **Copyright Registration Number** |
|---|---|---|---|---|---|
| 33 | Baby Keem & Kendrick Lamar | family ties | uscfb | http://www.instagram.com/p/C70CHPzu8TB | SR0000911421 |
| 34 | Baby Keem & Kendrick Lamar | family ties | uscfb | http://www.instagram.com/p/CiqlJHkPDse | SR0000911421 |
| 35 | Baby Keem & Kendrick Lamar | family ties | uscfb | http://www.instagram.com/p/Clh-c96PEaO | SR0000911421 |
| 36 | Baby Keem & Kendrick Lamar | family ties | uschoops | http://www.instagram.com/p/Cygs9C7Pe9G | SR0000911421 |
| 37 | Baby Keem & Kendrick Lamar | range brothers | uscfb | http://www.instagram.com/p/Cidwr0xOsDY | SR0000911141 |
| 38 | Baby Keem & Kendrick Lamar | The Hillbillies | USCWBB | http://www.instagram.com/p/CwgfiAJLSwN | SR0000973027 |
| 39 | Badger & Natasha Bedingfield | These Words | officialuscbeach | https://www.tiktok.com/@officialuscbeach/video/7363496830249766190 | SR0000998331 |
| 40 | Bakermat & Nic Hanson | Walk That Walk | uscwsoccer | http://www.instagram.com/p/CaDFs6cAe1a | SR0000900442 |
| 41 | Beyoncé | BREAK MY SOUL | uscwomenstennis | http://www.instagram.com/p/CpvSqrKpN8v | SR0000939176 |
| 42 | Beyoncé | CUFF IT | USCWomensVolley | http://www.instagram.com/p/Cj65UzTgpTf | SR0000937134 |
| 43 | Beyoncé | Diva | usctrojanslax | http://www.instagram.com/p/CZpf7gDjp44 | SR0000623449 |
| 44 | Beyoncé | Formation | usc_sportsperformance | http://www.instagram.com/p/CoJKa0wr62Z | PA0002044523 |
| 45 | Beyoncé | HEATED | uscwsoccer | http://www.instagram.com/p/CgvUw2OgMG5 | SR0000937134 |
| 46 | Beyoncé | MY HOUSE | usc_track_field | http://www.instagram.com/p/C2dJV2Ov9bX | SR0000992482 |
| 47 | Beyoncé | Run the World (Girls) | usc_sportsperformance | http://www.instagram.com/p/Ca3ZH4ar_uv | SR0000709270 |
| 48 | Beyoncé | Run the World (Girls) | USCWomensVolley | http://www.instagram.com/p/CwTQeLYAhB9 | SR0000709270 |
| 49 | Beyoncé | Run the World (Girls) | USCWomensVolley | http://www.instagram.com/p/C3lWsLRSpzX | SR0000709270 |
| 50 | Bill Withers | Lovely Day | uscmensgolf | http://www.instagram.com/p/C4qqpQTvvaG | RE0000923171 |
| 51 | Bone Crusher feat. Killer Mike & T.I. | Never Scared (Club Mix) | sctrojans_baseball | http://www.instagram.com/p/C4qsnmqv3b4 | SR0000892029 |
| 52 | Bone Crusher feat. Killer Mike & T.I. | Never Scared (Club Mix) | usctrojanslax | http://www.instagram.com/p/CxtZpdwrRmy | SR0000892029 |
| 53 | Bonnie Tyler | Total Eclipse of the Heart | uscwbb | https://www.tiktok.com/@uscwbb/video/7355672443786284334 | SR0000050641 |
| 54 | Britney Spears | Gimme More | uscwomenstennis | http://www.instagram.com/p/CpONxn_rIJl | SR0000609441 |
| 55 | Britney Spears | Gimme More | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7335915956386073902 | SR0000609441 |
| 56 | Calvin Harris feat. Ne-Yo | Let's Go | uscwomenstennis | http://www.instagram.com/p/C2aX2VCvN3q | SR0000698889 |
| 57 | Calvin Harris feat. Ne-Yo | Let's Go | USCWomensVolley | http://www.instagram.com/p/C1qPLalx9tr | SR0000698889 |
| 58 | Calvin Harris feat. Ne-Yo | Let's Go | USCWomensVolley | http://www.instagram.com/p/CxCia8AummA | SR0000698889 |
| 59 | Camila Cabello | Never Be the Same | USCBeach | http://www.instagram.com/p/C6mc3LnOTnf | SR0000816965 |
| 60 | Cee-Lo Featuring Timbaland | I'll Be Around (Club Mix) | uscwsoccer | http://www.instagram.com/p/CyKRvJ_L323 | SR0000332335 |
| 61 | Chalie Boy | I Look Good | sctrojans_baseball | http://www.instagram.com/p/C4BV2Ubx30r | SR0000818242 |
| 62 | Chris Brown feat. Juelz Santana | Run It! | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7179667216365899054 | SR0000864411 |
| 63 | Ciara feat. Petey Pablo | Goodies | uscwbb | https://www.tiktok.com/@uscwbb/video/7442090526804872479 | SR0000355316 |
| 64 | Collie Buddz | Come Around | USCWomensVolley | http://www.instagram.com/p/C72vxQCOx8V | SR0000816879 |

| | **Sony Music Artist** | **Sony Music Track** | **USC Social Media Page** | **URL** | **Copyright Registration Number** |
|---|---|---|---|---|---|
| 65 | Deorro x Chris Brown | Five More Hours | uscwomenstennis | http://www.instagram.com/p/CnvDJheqBnt | SR0000946260 |
| 66 | Diplo, French Montana & Lil Pump feat. Zhavia Ward | Welcome to the Party | sctrojans_baseball | http://www.instagram.com/p/C3-_aINvMtY | SR0000847192 |
| 67 | Disco Lines | Baby Girl | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7087285539384380718 | SR0000943144 |
| 68 | Disco Lines | Baby Girl (James Hiraeth Remix) | uscfb | http://www.instagram.com/p/Cg5XVbVvgnC | SR0000945680 |
| 69 | DJ Khaled feat. Drake & Lil Baby | STAYING ALIVE | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7131115327127162154 | SR0000944813 |
| 70 | DJ Khaled feat. Jay Z & Future | I Got the Keys | uscfb | http://www.instagram.com/p/CyHgGsVp5Ui | SR0000798395 |
| 71 | DJ Khaled feat. Migos | Major Bag Alert | usc_sportsperformance | http://www.instagram.com/p/Cb_P_DHDX2F | SR0000818388 |
| 72 | DJ Khaled feat. Migos | Major Bag Alert | usctrojanslax | http://www.instagram.com/p/CaFT72mlw0b | SR0000818388 |
| 73 | DJ Khaled feat. Rick Ross, Lil Wayne, Jay-Z, John Legend & Fridayy | GOD DID | uscfb | http://www.instagram.com/p/Ch2eeYNJZJt | SR0000946981 |
| 74 | DJ Khaled ft. Lil Durk, 21 Savage, Roddy Ricch | Keep Going | usc_track_field | http://www.instagram.com/p/CrE1gc3Aiym | SR0000946981 |
| 75 | Doja Cat | Agora Hills | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7305433872206990638 | SR0000981642 |
| 76 | Doja Cat | Demons | USC_Athletics | http://www.instagram.com/p/C2dO8vyyi8y | SR0000980066 |
| 77 | Doja Cat | Demons | uscwsoccer | http://www.instagram.com/p/CxMjOaJrBAz | SR0000980066 |
| 78 | Doja Cat | Paint The Town Red | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7288432674425851182 | SR0000980021 |
| 79 | Doja Cat | Paint The Town Red | uscwomenstennis | http://www.instagram.com/p/C2QCj8XPC1G | SR0000980021 |
| 80 | Doja Cat | Paint The Town Red | USCWomensVolley | http://www.instagram.com/p/CxJxWIEs_3o | SR0000980021 |
| 81 | Doja Cat | Vegas (From the Original Motion Picture Soundtrack ELVIS) | usc_track_field | http://www.instagram.com/p/Ch8jSaeAByK | SR0000940741 |
| 82 | Doja Cat | Vegas (From the Original Motion Picture Soundtrack ELVIS) | usc_track_field | https://www.tiktok.com/@usc_track_field/video/7138221267429395758 | SR0000940741 |
| 83 | Doja Cat | Vegas (From the Original Motion Picture Soundtrack ELVIS) | usctmb | https://www.tiktok.com/@usctmb/video/7345644371930402090 | SR0000940741 |
| 84 | Doja Cat | Vegas (From the Original Motion Picture Soundtrack ELVIS) | usctmb | https://www.tiktok.com/@usctmb/photo/7209396374243216683 | SR0000940741 |
| 85 | Doja Cat | Vegas (From the Original Motion Picture Soundtrack ELVIS) | USCWomensVolley | http://www.instagram.com/p/Cj4OJSjgqN9 | SR0000940741 |
| 86 | Doja Cat feat. SZA | Kiss Me More | usc_track_field | http://www.instagram.com/p/CY-uF-yJpfZ | SR0000900845 |
| 87 | Dom Dolla | Saving Up (Loods Remix) | uscmensvolley | https://www.tiktok.com/@uscmensvolley/photo/7322241842177772846 | SR0000988530 |
| 88 | Duke & Jones | Jiggle Jiggle | usc.athletics | https://www.tiktok.com/@usc.athletics/video/7094438678126153003 | SR0000944407 |
| 89 | Earth, Wind & Fire | September | USCWBB | http://www.instagram.com/p/CiymO1tvTLS | SR0000004975 |
| 90 | Elvis Presley | A Little Less Conversation | USCBeach | http://www.instagram.com/p/CpBxx97jiX6 | PA0001363647 |
| 91 | Elvis Presley & Britney Spears | Toxic Las Vegas (Jamieson Shaw Remix) | usctmb | https://www.tiktok.com/@usctmb/video/7209195435288726826 | SR0000958544 |
| 92 | Elvis Presley & The Jordanaires | Viva Las Vegas | usctmb | http://www.facebook.com/reel/866769755337946 | Pre-1972 Work |
| 93 | FILV, Edmofo feat. Emma Peters | Clandestina (JVSTIN Remix) | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7200425504573459758 | SR0001020671 |
| 94 | Fugees | Killing Me Softly With His Song | uscmensvolley | http://www.instagram.com/p/C0FtAs8Pbpp | SR0000222005 |
| 95 | Fugees, Ms. Lauryn Hill, Wyclef Jean, Pras | Ready or Not | uscwomensgolf | http://www.instagram.com/p/CsiCAYIgaza | SR0000222005 |
| 96 | Future | Everyday Hustle | sctrojans_baseball | http://www.instagram.com/p/C7aaXJapcQN | SR0001015568 |

| | **Sony Music Artist** | **Sony Music Track** | **USC Social Media Page** | **URL** | **Copyright Registration Number** |
|---|---|---|---|---|---|
| 97 | Future | Fuck Up Some Commas | uscfb | http://www.instagram.com/p/Cxgn2w6puZj | SR0000769856 |
| 98 | Future | GTA | sctrojans_baseball | http://www.instagram.com/p/C9iTf06SrIo | SR0001015568 |
| 99 | Future | March Madness | USCBeach | http://www.instagram.com/p/C48z7s1PRt- | SR0000968457 |
| 100 | Future | March Madness | uscmenstennis | http://www.instagram.com/p/Cpx5_kOgmQf | SR0000968457 |
| 101 | Future | March Madness | uscwomenstennis | http://www.instagram.com/p/C47M6vJutSh | SR0000968457 |
| 102 | Future | PUFFIN ON ZOOTIEZ | uscfb | http://www.instagram.com/p/C8iXXX3ytN8 | SR0000949131 |
| 103 | Future | PUFFIN ON ZOOTIEZ | uscfb | http://www.instagram.com/p/C8nHAZNP-KH | SR0000949131 |
| 104 | Future | PUFFIN ON ZOOTIEZ | uscfb | http://www.instagram.com/p/CioSB9BJiyr | SR0000949131 |
| 105 | Future | Ridin Strikers | uscfb | http://www.instagram.com/p/C4_mppVSbV1 | SR0000879371 |
| 106 | Future | Solo | uscmlax | https://www.tiktok.com/@uscmlax/video/7337504779859496235 | SR0000804403 |
| 107 | Future | Wicked | usc.athletics | https://www.tiktok.com/@usc.athletics/video/7288884687571864863 | SR0000793595 |
| 108 | Future | Wicked | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7294698967131098411 | SR0000793595 |
| 109 | Future feat. Drake | Life Is Good | USCBeach | http://www.instagram.com/p/CcmEAZepuKH | SR0000865316 |
| 110 | Future feat. Drake | Life Is Good | USCWBB | http://www.instagram.com/p/C1fzfJ7PWrL | SR0000865316 |
| 111 | Future, Metro Boomin & Kendrick Lamar | Like That | sctrojans_baseball | http://www.instagram.com/p/C5bstl5P0ZU | SR0001015568 |
| 112 | Future, Metro Boomin & Kendrick Lamar | Like That | USCBeach | http://www.instagram.com/p/C6AjOrALjhC | SR0001015568 |
| 113 | Future, Metro Boomin & Kendrick Lamar | Like That | uscfb | http://www.instagram.com/p/C_pBIXbRtMi | SR0001015568 |
| 114 | Future, Metro Boomin & Kendrick Lamar | Like That | uscfb | http://www.instagram.com/p/C5_uv5ry2ja | SR0001015568 |
| 115 | Future, Metro Boomin & Kendrick Lamar | Like That | uscfb | http://www.instagram.com/p/C5RY6f_v6Lk | SR0001015568 |
| 116 | Future, Metro Boomin & Kendrick Lamar | Like That | uscfb | http://www.instagram.com/p/C6H6IFuPKxa | SR0001015568 |
| 117 | Future, Metro Boomin & Kendrick Lamar | Like That | uscfb | https://www.instagram.com/reel/C_YWYsBvW0N/ | SR0001015568 |
| 118 | Future, Metro Boomin & Kendrick Lamar | Like That | uscmlax | https://www.tiktok.com/@uscmlax/video/7360842558517398830 | SR0001015568 |
| 119 | Future, Metro Boomin & Kendrick Lamar | Like That | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7354390103286058286 | SR0001015568 |
| 120 | Future, Metro Boomin, Lil Baby | All My Life | uscfb | http://www.instagram.com/p/C7u8WgaJ9V- | SR0001015598 |
| 121 | Future, Metro Boomin, The Weeknd | Young Metro | uscfb | http://www.instagram.com/p/C7uuG1uOVoK | SR0001015568 |
| 122 | George Ezra | Shotgun (The Wild Remix) | USCBeach | http://www.instagram.com/p/Crej-zPNNRu | SR0000822888 |
| 123 | Gesaffelstein | Lost In The Fire | usc.athletics | https://www.tiktok.com/@usc.athletics/video/7055090225806101766 | SR0000836444 |
| 124 | Ginuwine | So Anxious | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7335596764428307755 | SR0000270733 |
| 125 | Harry Styles | As It Was | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7195418822675877166 | SR0000935291 |
| 126 | Harry Styles | As It Was | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7085932337267182894 | SR0000935291 |
| 127 | Hozier | Too Sweet | usc.athletics | https://www.tiktok.com/@usc.athletics/photo/7361593142564457771 | SR0000998506 |
| 128 | Hozier | Too Sweet | uscwbb | https://www.tiktok.com/@uscwbb/photo/7358306845343108395 | SR0000998506 |

| | **Sony Music Artist** | **Sony Music Track** | **USC Social Media Page** | **URL** | **Copyright Registration Number** |
|---|---|---|---|---|---|
| 129 | Hozier | Too Sweet | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7345501484303338798 | SR0000998506 |
| 130 | Hozier | Would That I | USCWomensVolley | http://www.instagram.com/p/CnZ3aTPKo15 | SR0000847842 |
| 131 | Ini Kamoze | Here Comes the Hotstepper | sctrojans_baseball | http://www.instagram.com/p/Cqt3OaDpdSs | SR0000826946 |
| 132 | Iniko | Jericho | USC_Athletics | http://www.instagram.com/p/C4QvLgExLMH | SR0000968417 |
| 133 | Iniko | Jericho | usctrojanslax | http://www.instagram.com/p/CsJ1lYusQyV | SR0000968417 |
| 134 | Iniko | Jericho | usctrojanslax | http://www.instagram.com/p/C23mRUvLGwr | SR0000968417 |
| 135 | JACKBOYS & Travis Scott | OUT WEST (feat. Young Thug) | sctrojans_baseball | http://www.instagram.com/p/CsZ_ndtJfv1 | SR0000886163 |
| 136 | Jain | Makeba | usc.athletics | https://www.tiktok.com/@usc.athletics/video/7249039443967937834 | SR0000830365 |
| 137 | Jain | Makeba | usc_track_field | https://www.tiktok.com/@usc_track_field/video/7243973985309084974 | SR0000830365 |
| 138 | Jain | Makeba | uscwomensrowing | http://www.instagram.com/p/CnVIEVvV7v | SR0000830365 |
| 139 | KAYTRANADA feat. H.E.R. | Intimidated | uscmensvolley | http://www.instagram.com/p/Cdbx0-nluj7 | SR0000921924 |
| 140 | KB | 10K | usc_track_field | http://www.instagram.com/p/C2Bhiiot4gr | SR0000993509 |
| 141 | Kenny Loggins | Playing with the Boys | USCBeach | http://www.instagram.com/p/C4JjgqxuWYH | SR0000076600 |
| 142 | Kenny Loggins | Playing with the Boys | USCBeach | http://www.instagram.com/p/Cs7DZ7zuFFS | SR0000076600 |
| 143 | Kesha | We R Who We R | usc.athletics | https://www.tiktok.com/@usc.athletics/photo/7343793842761633066 | SR0000670406 |
| 144 | Kevo Jefe, Casa Di, Steve Terrell, House of Evo | Baddie Friend (Two Bad Bitches) | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7346582466318241070 | SR0001001926 |
| 145 | Latto | Big Energy | USCBeach | http://www.instagram.com/p/Cv0zk3gryXp | SR0000940580 |
| 146 | Latto | Big Energy | uscswim | http://www.instagram.com/p/C3ts-GorIQ5 | SR0000940580 |
| 147 | Latto | Big Energy | usctrojanslax | http://www.instagram.com/p/CjYZTFpJTsN | SR0000940580 |
| 148 | Latto | Big Energy | USCWomensVolley | http://www.instagram.com/p/CkudnKsAj3A | SR0000940580 |
| 149 | Lauryn Hill | Doo Wop (That Thing) | uscwomensgolf | http://www.instagram.com/p/CyWxGgPPIup | SR0000254183 |
| 150 | Lil Durk feat. Pooh Shiesty | Should've Ducked | uscfb | http://www.instagram.com/p/CwwTKRqr7h4 | SR0000901004 |
| 151 | Lil Nas X & Jack Harlow | INDUSTRY BABY | sctrojans_baseball | http://www.instagram.com/p/CY9vAtOp8YH | SR0000909058 |
| 152 | Lil Nas X & Jack Harlow | INDUSTRY BABY | usc.athletics | https://www.tiktok.com/@usc.athletics/photo/7190074514464656686 | SR0000909058 |
| 153 | Lil Nas X & Jack Harlow | INDUSTRY BABY | usc.athletics | https://www.tiktok.com/@usc.athletics/video/7064780054190066990 | SR0000909058 |
| 154 | Lil Nas X & Jack Harlow | INDUSTRY BABY | usc_track_field | http://www.instagram.com/p/CY2ps1RJvZO | SR0000909058 |
| 155 | Lil Nas X & Jack Harlow | INDUSTRY BABY | uscmensvolley | http://www.instagram.com/p/CoD_DUuN0KN | SR0000909058 |
| 156 | Lil Nas X feat. Billy Ray Cyrus | Old Town Road | USCBeach | http://www.instagram.com/p/DB68JXrydrp | SR0000844745 |
| 157 | Little Mix | Love Me Like You | USCWomensVolley | http://www.instagram.com/p/CekcnrggGQy | SR0000772960 |
| 158 | Madison Beer | Make You Mine | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7346253004518985006 | SR0000996337 |
| 159 | Malcom Todd (feat. Eem Triplin) | New Friends | usc.athletics | https://www.tiktok.com/@usc.athletics/photo/7340131754126183722 | SR0000998768 |
| 160 | Mariah Carey | All I Want For Christmas Is You | USCWBB | http://www.instagram.com/p/CmmW82-rCz2 | SR0000207178 |

| | **Sony Music Artist** | **Sony Music Track** | **USC Social Media Page** | **URL** | **Copyright Registration Number** |
|---|---|---|---|---|---|
| 161 | Mariah Carey | All I Want For Christmas Is You | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7307735086072466731 | SR0000207178 |
| 162 | Mariah Carey | All I Want For Christmas Is You | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7131736252553956654 | SR0000207178 |
| 163 | Mark Ronson feat. Bruno Mars | Uptown Funk | USCWBB | http://www.instagram.com/p/C3I4Pa8PiGU | SR0000765954 |
| 164 | Meghan Trainor | NO | USCWomensVolley | http://www.instagram.com/p/CowE-KWAe3g | SR0000775410 |
| 165 | Meghan Trainor | NO | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7170530661118381358 | SR0000775410 |
| 166 | MGMT | Time to Pretend | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7355953741767380267 | SR0000697485 |
| 167 | Michael Jackson | Beat It | usc.athletics | https://www.tiktok.com/@usc.athletics/video/7274679499546037535 | SR0000041965 |
| 168 | Michael Jackson | Heaven Can Wait | usc.athletics | https://www.tiktok.com/@usc.athletics/video/7223065690910002474 | SR0000304780 |
| 169 | Michael Jackson | Heaven Can Wait | usc.athletics | https://www.tiktok.com/@usc.athletics/video/7226780539112394027 | SR0000304780 |
| 170 | Michael Jackson | Heaven Can Wait | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7348151544325344554 | SR0000304780 |
| 171 | Michael Jackson | The Lady in My Life | uscfb | http://www.instagram.com/p/C8XcfRGODPd | SR0000041965 |
| 172 | Miguel | Sure Thing | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7216865007685029166 | SR0000673073 |
| 173 | Miguel | Sure Thing | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7186167847662521643 | SR0000673073 |
| 174 | Mike Reno feat. Ann Wilson | Almost Paradise (Love Theme from Footloose) | uschoops | http://www.instagram.com/p/ClP5W7mDnsm | SR0000054052 |
| 175 | MK & Dom Dolla | Rhyme Dust | uscwomensrowing | http://www.instagram.com/p/C51fKd7SEXz | SR0000960462 |
| 176 | Mobb Deep | Shook Ones, Pt. II | sctrojans_baseball | http://www.instagram.com/p/C56Y6srPQW6 | SR0000740297 |
| 177 | Mobb Deep | Shook Ones, Pt. II | sctrojans_baseball | http://www.instagram.com/p/CsrlPTbgith | SR0000740297 |
| 178 | Mullage | Trick'n (Radio Version) | USCWomensVolley | http://www.instagram.com/p/CkwrAvJgS3m | PA0001658238 |
| 179 | N.E.R.D. & Rihanna | Lemon | usc.athletics | https://www.tiktok.com/@usc.athletics/video/7154173518530268459 | SR0000805715 |
| 180 | Nas | Made You Look | sctrojans_baseball | http://www.instagram.com/p/Cy6ddrGvrIC | SR0000823217 |
| 181 | Nicky Youre, dazy | Sunroof | USCWBB | http://www.instagram.com/p/CmXpP5ADQUa | SR0000944971 |
| 182 | Nicky Youre, dazy | Sunroof | uscwomensrowing | http://www.instagram.com/p/Cm12gwXMnKG | SR0000944971 |
| 183 | Nicky Youre, dazy | Sunroof | uscwsoccer | http://www.instagram.com/p/CjRfjewg5Ag | SR0000944971 |
| 184 | One Direction | Night Changes | uscswim | http://www.instagram.com/p/C2vflDbvaq1 | SR0000766248 |
| 185 | Outkast | ATLiens (Instrumental) | sctrojans_baseball | http://www.instagram.com/p/C6xUS-gRO1m | SR0000233296 |
| 186 | Outkast | Happy Valentine's Day | uscfb | http://www.instagram.com/p/CopwhHCPx1I | SR0000340520 |
| 187 | Outkast | So Fresh, So Clean | USCBeach | http://www.instagram.com/p/CqHM38TDpg1 | SR0000306741 |
| 188 | Outkast | So Fresh, So Clean | uscmensvolley | http://www.instagram.com/p/CoyJAibslX5 | SR0000306741 |
| 189 | Ozzy Osbourne | Crazy Train | USCBeach | http://www.instagram.com/p/C6HI14gx6xI | SR0000028652 |
| 190 | Pink Floyd | The Great Gig in the Sky | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7193135469637487914 | RE0000858547 |
| 191 | Pink Floyd | The Great Gig in the Sky | USCWomensVolley | http://www.instagram.com/p/Cn5nXamgTOg | RE0000858547 |
| 192 | R. Kelly | Bump n' Grind | usc.athletics | https://www.tiktok.com/@usc.athletics/video/7096654860027907374 | SR0000194277 |

| | Sony Music Artist | Sony Music Track | USC Social Media Page | URL | Copyright Registration Number |
|---|---|---|---|---|---|
| 193 | Rage Against The Machine | Bombtrack | sctrojans_baseball | http://www.instagram.com/p/C644_wxJhLI | SR0000152061 |
| 194 | Rage Against The Machine | Bombtrack | sctrojans_baseball | http://www.instagram.com/p/CnFqlZ1p5v8 | SR0000152061 |
| 195 | Rage Against The Machine | Calm Like a Bomb | uscfb | http://www.instagram.com/p/ClCf_6HupYY | SR0000276602 |
| 196 | Rage Against The Machine | Freedom | sctrojans_baseball | http://www.instagram.com/p/CqyKtybpLkF | SR0000152061 |
| 197 | Rod Wave | Don't Forget | uscfb | http://www.instagram.com/p/CzNO8CtLYyH | SR0000907166 |
| 198 | Rod Wave | Street Runner | usc_track_field | http://www.instagram.com/p/CrE4lbWg5jk | SR0000899303 |
| 199 | Rod Wave | Thug Motivation | usc.fb | http://www.instagram.com/p/C2Lc9_uvG7Q | SR0000876839 |
| 200 | ROSALÍA | BIZCOCHITO | USCWomensVolley | http://www.instagram.com/p/CfKz-bCA8v8 | SR0000939313 |
| 201 | ROSALÍA | BIZCOCHITO | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7132971077420109102 | SR0000939313 |
| 202 | RUN DMC | Christmas In Hollis | uscwomenstennis | http://www.instagram.com/p/C1AwggYPvk8 | PA0000558454 |
| 203 | Samuel Jack | Feels Like Summer | uscwsoccer | http://www.instagram.com/p/CeUMQGWAb_A | SR0000914071 |
| 204 | Shakira | She Wolf | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7334526156256922922 | SR0000644417 |
| 205 | Skee-Lo | I Wish | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7180478666688777515 | SR0000225334 |
| 206 | Skee-Lo | I Wish | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7158686671264009518 | SR0000225334 |
| 207 | Souls Of Mischief | 93 'Til Infinity | sctrojans_baseball | http://www.instagram.com/p/CqQ7UoJgIY2 | SR0000183492 |
| 208 | Souls Of Mischief | 93 'Til Infinity | usc_track_field | http://www.instagram.com/p/C6Eg7phRf4h | SR0000183492 |
| 209 | Souls Of Mischief | 93 'Til Infinity | uscfb | http://www.instagram.com/p/C2us8URsGYu | SR0000183492 |
| 210 | Southside & Future feat. Travis Scott | Hold That Heat | sctrojans_baseball | http://www.instagram.com/p/Cqe5m7bAw1U | SR0000939720 |
| 211 | Southside & Lil Yachty | Gimme Da Lite | usc.fb | http://www.instagram.com/p/C2lbcQgJTRp | SR0000992296 |
| 212 | Steve Lacy | Bad Habit | USCWomensVolley | http://www.instagram.com/p/Cjn6rFCJz1G | SR0000945203 |
| 213 | Steve Lacy | Bad Habit | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7129991181890571566 | SR0000945203 |
| 214 | Survivor | Eye of the Tiger | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7351160574480403758 | SR0000038044 |
| 215 | SZA | Broken Clocks | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7325918244924067102 | SR0000808830 |
| 216 | SZA | Good Days | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7072846600363593002 | SR0000941199 |
| 217 | SZA | Kill Bill | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7195678628561095979 | SR0000955469 |
| 218 | SZA | Kill Bill | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/photo/7177456601643683118 | SR0000955469 |
| 219 | SZA | Snooze | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7213899957059783978 | SR0000955469 |
| 220 | Tate McRae | greedy | usc_track_field | https://www.tiktok.com/@usc_track_field/video/7328564690164960558 | SR0000981602 |
| 221 | The Beatnuts | Watch Out Now | USCBeach | http://www.instagram.com/p/C4g9SkDPO1P | SR0001022676 |
| 222 | The Edgar Winter Group | Frankenstein | usctmb | https://www.tiktok.com/@usctmb/video/7296298140183874858 | SR0000069779 |
| 223 | The Edgar Winter Group | Frankenstein | usctmb | https://www.tiktok.com/@usctmb/video/7432104704647253278 | SR0000069779 |
| 224 | The Friends Of Distinction | Grazing In the Grass | uscfb | http://www.instagram.com/p/C0aCpkzSWQ- | Pre-1972 Work |

| | Sony Music Artist | Sony Music Track | USC Social Media Page | URL | Copyright Registration Number |
|---|---|---|---|---|---|
| 225 | The King Khan & BBQ Show | Love You So | usc.fb | http://www.instagram.com/p/ClB6xiZr5YP | SR0001004705 |
| 226 | The King Khan & BBQ Show | Love You So | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7171630080517606698 | SR0001004705 |
| 227 | The King Khan & BBQ Show | Love You So | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7180145043628494126 | SR0001004705 |
| 228 | The King Khan & BBQ Show | Love You So | uscmensvolley | https://www.tiktok.com/@uscmensvolley/photo/7200215209460387115 | SR0001004705 |
| 229 | THE SCOTTS, Travis Scott & Kid Cudi | THE SCOTTS | usc_sportsperformance | http://www.instagram.com/p/C1276NpPlKU | SR0000989423 |
| 230 | The Script feat. will.i.am | Hall of Fame | uscwomenstennis | http://www.instagram.com/p/C587nvSPemu | SR0000710171 |
| 231 | The White Stripes | Icky Thump | sctrojans_baseball | http://www.instagram.com/p/C5FHCczp5dd | SR0000630410 |
| 232 | TLC | No Scrubs | USCWomensVolley | http://www.instagram.com/p/CowE-KWAe3g | SR0000298454 |
| 233 | Tom Odell | Another Love | uscfb | https://www.tiktok.com/@uscfb/video/7265856750153141535 | SR0000775408 |
| 234 | Tommy Genesis | Angelina | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7271340276071943470 | SR0000978962 |
| 235 | T-Pain feat. Yung Joc | Buy U a Drank (Shawty Snappin") | uscwomenssoccer | https://www.tiktok.com/@uscwomenssoccer/video/7093591703076080938 | SR0000742204 |
| 236 | Travis Scott | 5% TINT | uscwomensgolf | http://www.instagram.com/p/Cshsor1PAUW | SR0000827191 |
| 237 | Travis Scott | BUTTERFLY EFFECT | sctrojans_baseball | http://www.instagram.com/p/C9ic9YZyXrQ | SR0000800042 |
| 238 | Travis Scott | BUTTERFLY EFFECT | uscmenstennis | http://www.instagram.com/p/CoyfgmgAcAr | SR0000800042 |
| 239 | Travis Scott | BUTTERFLY EFFECT | USCWomensVolley | http://www.instagram.com/p/CyelTorPGxs | SR0000800042 |
| 240 | Travis Scott | Franchise | usc_fb | https://www.tiktok.com/@usc_fb/video/7098013678779338026 | SR0000887278 |
| 241 | Travis Scott | goosebumps | USC_Athletics | http://www.instagram.com/p/C3lptKMRubM | SR0000799077 |
| 242 | Travis Scott | goosebumps | usctrojanslax | http://www.instagram.com/p/C23mRUvLGwr | SR0000799077 |
| 243 | Travis Scott | HIGHEST IN THE ROOM | uscfb | http://www.instagram.com/p/CinVWVbpzrB | SR0000858760 |
| 244 | Travis Scott | HIGHEST IN THE ROOM | uscmlax | https://www.tiktok.com/@uscmlax/video/7360839356908719402 | SR0000858760 |
| 245 | Travis Scott | HIGHEST IN THE ROOM | uscswim | http://www.instagram.com/p/C0rcLpLLTmw | SR0000858760 |
| 246 | Travis Scott | MY EYES | uscmensvolley | http://www.instagram.com/p/C53mhojxIMc | SR0000979760 |
| 247 | Travis Scott | MY EYES | usctrojanslax | http://www.instagram.com/p/C2k2W_ZvScy | SR0000979760 |
| 248 | Travis Scott | MY EYES | uscwbb | https://www.tiktok.com/@uscwbb/photo/7347519158059273514 | SR0000979760 |
| 249 | Travis Scott | MY EYES | USCWomensVolley | http://www.instagram.com/p/CzSN_LUvlLn | SR0000979760 |
| 250 | Travis Scott | SICKO MODE | uscfb | http://www.instagram.com/p/CiqD3-Nps4o | SR0000827191 |
| 251 | Travis Scott | SICKO MODE | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7187695585586105646 | SR0000827191 |
| 252 | Travis Scott | SICKO MODE | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7287018273013501227 | SR0000827191 |
| 253 | Travis Scott | SIRENS | sctrojans_baseball | http://www.instagram.com/p/C9lJH8ZSHGt | SR0000979760 |
| 254 | Travis Scott | THANK GOD | uscwsoccer | http://www.instagram.com/p/CwV_ENGomre | SR0000979760 |
| 255 | Travis Scott feat. Drake | MELTDOWN | officialuscbeach | https://www.tiktok.com/@officialuscbeach/video/7338528680433487150 | SR0000979760 |
| 256 | Travis Scott feat. Drake | MELTDOWN | sctrojans_baseball | http://www.instagram.com/p/CzfLUUiRc95 | SR0000979760 |

| | Sony Music Artist | Sony Music Track | USC Social Media Page | URL | Copyright Registration Number |
|---|---|---|---|---|---|
| 257 | Travis Scott feat. Drake | MELTDOWN | USCWBB | http://www.instagram.com/p/Cvx9BvkNFhS | SR0000979760 |
| 258 | Travis Scott feat. Drake | MELTDOWN | USCWomensVolley | http://www.instagram.com/p/CwG2-Aug826 | SR0000979760 |
| 259 | Travis Scott feat. Playboi Carti | FE!N | uschoops | http://www.instagram.com/p/C4cNJPyLRhB | SR0000979760 |
| 260 | Travis Scott feat. Playboi Carti | FE!N | uscwomensgolf | http://www.instagram.com/p/C20wB1vPtpE | SR0000979760 |
| 261 | Travis Scott feat. Playboi Carti | FE!N | uscwomensrowing | http://www.instagram.com/p/C_TQee-vEp2 | SR0000979760 |
| 262 | Travis Scott feat. Playboi Carti | FE!N | uscwomenstennis | http://www.instagram.com/p/C5buN3jPcVk | SR0000979760 |
| 263 | Travis Scott feat. Playboi Carti | FE!N | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7358521735567740206 | SR0000979760 |
| 264 | Travis Scott feat. Playboi Carti | FE!N | uscwsoccer | http://www.instagram.com/p/CzcU0Xnv0H3 | SR0000979760 |
| 265 | Travis Scott feat. Swae Lee & Chief Keef | Nightcrawler | uscfb | http://www.instagram.com/p/C7-dvNgPQKo | SR0000770700 |
| 266 | Travis Scott feat. Swae Lee & Chief Keef | Nightcrawler | uscfb | http://www.instagram.com/p/C8flJnGSjo_ | SR0000770700 |
| 267 | Travis Scott feat. Swae Lee & Chief Keef | Nightcrawler | uscfb | http://www.instagram.com/p/C8Igk6IxrGP | SR0000770700 |
| 268 | Travis Scott feat. SZA & Future | TELEKINESIS | uscfb | http://www.instagram.com/p/C38fwcFJCJa | SR0000979760 |
| 269 | Travis Scott feat. SZA & Future | TELEKINESIS | USCWomensVolley | http://www.instagram.com/p/CyjlUJYvB84 | SR0000979760 |
| 270 | Travis Scott feat. The Weeknd | Pray 4 Love | usctrojanslax | http://www.instagram.com/p/CdMWU1sDISR | SR0000770700 |
| 271 | Travis Scott feat. Young Thug | SKITZO | usc.fb | http://www.instagram.com/p/C15P0y8y7xK | SR0000979760 |
| 272 | Tyler, The Creator | IGOR'S THEME | usc_track_field | http://www.instagram.com/p/C2TMDBnPqK2 | SR0000848576 |
| 273 | Tyler, The Creator | New Magic Wand | usc.athletics | https://www.tiktok.com/@usc.athletics/video/7028362790247156998 | SR0000848576 |
| 274 | Usher feat. Lil Jon & Ludacris | Yeah! | uscmensvolley | https://www.tiktok.com/@uscmensvolley/video/7337896011534175531 | SR0000354784 |
| 275 | Usher feat. Lil Jon & Ludacris | Yeah! | uscswim | http://www.instagram.com/p/C4QstwAxEPg | SR0000354784 |
| 276 | Usher feat. Lil Jon & Ludacris | Yeah! | usctrojanslax | http://www.instagram.com/p/CZxmiwaDKWW | SR0000354784 |
| 277 | Usher feat. will.i.am | OMG | uscmensvolley | http://www.instagram.com/p/CcKCv7Tl29G | SR0000652023 |
| 278 | Wham! | Last Christmas | USCWomensVolley | http://www.instagram.com/p/Cmm-Fr5Ke0z | SR0000829451 |
| 279 | Wham! | Last Christmas | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7400576624262958367 | SR0000829451 |
| 280 | Wham! | Last Christmas | uscwomensvolley | https://www.tiktok.com/@uscwomensvolley/video/7180043963418578218 | SR0000829451 |
| 281 | Will Smith | Miami | usc_sportsperformance | http://www.instagram.com/p/Cp3rt-oM-gQ | SR0000249123 |
| 282 | Wu-Tang Clan feat. Raekwon, Inspectah Deck, Ol' Dirty Bastard, U-God, Cappadonna | Heaterz | sctrojans_baseball | http://www.instagram.com/p/Cr5JilHgOkX | SR0001023403 |
| 283 | Yo Gotti feat. Megan Thee Stallion & Lil Uzi Vert | Pose | uscwomenstennis | http://www.instagram.com/p/ClCG85zvwJp | SR0000896810 |