# HAYNES BOONE



**Joseph Lawlor, Esq.**
Direct Phone Number: 212-659-4985
Direct Fax Number: 212-884-9574
*joseph.lawlor@haynesboone.com*

June 23, 2025

***Via ECF***

Honorable Gregory H. Woods
United States District Court, Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

**Re:**    ***Sony Music Entertainment, et al. v. University of Southern California*,**
        **No. 1:25-cv-02042-GHW**

Dead Judge Woods:

        We represent Defendant University of Southern California ("USC") in the above-referenced matter.  Pursuant to Rule 1.E of Your Honor's Individual Rules of Practice in Civil Cases, we write on behalf of all parties to request an adjustment of the briefing schedule for USC's motion to dismiss (the "Motion").  Pursuant to the Court's Order (Doc. No. 26), Plaintiffs' opposition to the Motion is due on June 27 and USC's reply is due on July 7.  The parties jointly request that the briefing schedule be modified as follows:

- Plaintiffs' opposition due: July 10

- USC's reply due: July 21

        This request is made with the consent of all parties in light of counsel's travel schedules. This is the first request for a modification of these deadlines and no other deadlines will be affected.

                Respectfully submitted,

                */s/ Joseph Lawlor*
                Joseph Lawlor

cc:    Counsel of Record (via ECF)

---

**Haynes and Boone, LLP**    │    30 Rockefeller Plaza | 26th Floor | New York, NY 10112
                              T: 212.659.7300 | haynesboone.com