

# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806                pryorcashman.com

**Kaveri B. Arora**

Direct Tel: 212-326-0453
Direct Fax: 212-326-0806
KArora@pryorcashman.com

March 25, 2026

**VIA ECF**

Honorable Gregory H. Woods
United States District Court, Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

*Sony Music Entertainment, et al. v. University of Southern California*, No.
1:25-cv-02042-GHW

Dear Judge Woods:

We are counsel to Plaintiffs Sony Music Entertainment, Alamo Records, LLC, Arista Music, Arista Records, LLC, LaFace Records, LLC, Records Label, LLC, Ultra Records, LLC and Zomba Recording, LLC (collectively, "Plaintiffs") in the above-referenced action. The Court set a deadline of March 26, 2026 for Plaintiffs to file an Amended Complaint, and April 7, 2026 for Defendants to respond to the Amended Complaint, by Order dated March 11, 2026 (ECF No. 49).

We write to inform the Court that the parties have reached a settlement in principle of all claims in this action. The parties respectfully request an adjournment of deadlines for sixty (60) days in order to finalize and execute a settlement agreement, after which a stipulation of dismissal is expected to be filed. In the unlikely event that the parties are unable to finalize a resolution, they will promptly notify the Court.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

*/s/Kaveri Arora*

Kaveri Arora